UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIGI ABREU, *individually and on behalf of all others similarly situated*,

                     Plaintiff,

        -v-

THE LEISURE COLLECTIVE INC.,

                     Defendant.
------------------------------------------------------------------X

22-CV-2106 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's March 16, 2022, Order, ECF No. 5, Plaintiff was required to file a letter, the contents of which are described therein, no later than 100 days from the date of that Order. To date, Plaintiff has not filed the required letter. As a courtesy, Plaintiff's deadline is hereby EXTENDED, *nunc pro tunc*, to **July 6, 2022**.

      SO ORDERED.

Dated: June 29, 2022
       New York, New York

                                              _____
                                              JESSE M. FURMAN
                                            United States District Judge